Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−35018−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Dean Vitale | Patricia Vitale |
| 206 Adirondack Ave | 206 Adirondack Ave |
| Spotswood, NJ 08884 | Spotswood, NJ 08884 |

Social Security No.:
    xxx−xx−0060                                        xxx−xx−1346

Employer's Tax I.D. No.:

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on January 23, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 16 − 14
Order Granting Notice of Request for Loss Mitigation(Related Doc # 14). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/23/2018. (bwj)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 23, 2018
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Dean Vitale  
Patricia Vitale  
      Debtors

Case No. 17-35018-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jan 23, 2018  
                        Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2018.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
lm          +E-mail/Text: jennifer.chacon@spservicing.com Jan 23 2018 23:39:35  
              SELECT PORTFOLIO SERVICING INC.,    Po Box 65250,    Attn Bankruptcy,  
              Salt Lake City, UT 84165-0250  
                                                                                                                                                                                    TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2018                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2018 at the address(es) listed below:  
              Albert   Russo    docs@russotrustee.com  
              Otto J. Kostbar     on behalf of Joint Debtor Patricia   Vitale ojkostbar@gmail.com  
              Otto J. Kostbar     on behalf of Debtor Dean   Vitale ojkostbar@gmail.com  
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2006-CH2 Asset Backed Pass-Through Certificates, Series 2006-CH2 rsolarz@kmllawgroup.com  
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                TOTAL: 5