UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Thrift Investment Corporation



**Order Filed on March 16, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
DEAN VITALE
PATRICIA VITALE

Case No.: 17-35018

Chapter 13

Judge: Christine M. Gravelle

## CONSENT ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: March 16, 2018**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor:  Dean and Patricia Vitale
Case No:  17-35018(CMG)
Consent Order Vacating Automatic Stay

Upon consideration of the application of **Thrift Investment Corporation** for an order for relief from the automatic stay, and good cause appearing therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the Thrift Investment Corporation to pursue the its rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

The applicant shall serve this order on the debtors and the trustee.

Description of Subject Personal Property
2006 Hyundai Santa Fe
Vehicle identification number
KM8SC73E26U103966


We hereby consent to the form and entry of the within order:

_____
Otto Kostbar, Esq., attorney for the debtors

_____
John R. Morton, Jr., Esq., attorney for Thrift Investment Corporation