UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Thrift Investment Corporation

In Re:
DEAN VITALE
PATRICIA VITALE

Order Filed on March 16, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-35018

Chapter 13

Judge: Christine M. Gravelle

## CONSENT ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: March 16, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor: Dean and Patricia Vitale
Case No: 17-35018(CMG)
Consent Order Vacating Automatic Stay

Upon consideration of the application of **Thrift Investment Corporation** for an order for relief from the automatic stay, and good cause appearing therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the Thrift Investment Corporation to pursue the its rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

The applicant shall serve this order on the debtors and the trustee.

Description of Subject Personal Property
2006 Hyundai Santa Fe
Vehicle identification number
KM8SC73E26U103966

We hereby consent to the form and entry of the within order:

_____
Otto Kostbar, Esq., attorney for the debtors

_____
John R. Morton, Jr., Esq., attorney for Thrift Investment Corporation

```
                          United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                          Case No. 17-35018-CMG
Dean Vitale                                                     Chapter 13
Patricia Vitale
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Mar 16, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2018.
db/jdb         +Dean Vitale,   Patricia Vitale,   206 Adirondack Ave,   Spotswood, NJ 08884-1306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Thrift Investment Corporation
               ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Otto J. Kostbar    on behalf of Joint Debtor Patricia   Vitale ojkostbar@gmail.com
              Otto J. Kostbar    on behalf of Debtor Dean   Vitale ojkostbar@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
               of the J.P. Morgan Mortgage Acquisition Trust 2006-CH2 Asset Backed Pass-Through Certificates,
               Series 2006-CH2 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6