Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−35018−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Dean Vitale
206 Adirondack Ave
Spotswood, NJ 08884

Patricia Vitale
206 Adirondack Ave
Spotswood, NJ 08884

Social Security No.:
xxx−xx−0060

xxx−xx−1346

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 12/13/17 and a confirmation hearing on such Plan has been scheduled for 6/20/18.

The debtor filed a Modified Plan on 6/5/18 and a confirmation hearing on the Modified Plan is scheduled for 7/18/18. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: June 6, 2018
JAN: amg

Jeanne Naughton
Clerk

```
                               United States Bankruptcy Court
                                     District of New Jersey
In re:                                                                        Case No. 17-35018-CMG
Dean Vitale
Patricia Vitale                                                               Chapter 13
         Debtors
                                       CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                  Page 1 of 2          Date Rcvd: Jun 06, 2018
                               Form ID: 186                 Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2018.
db/jdb         +Dean Vitale,    Patricia Vitale,    206 Adirondack Ave,    Spotswood, NJ 08884-1306
cr             +Thrift Investment Corporation,    720 King George's Post Road P.O. Box 538,
                 Fords, NJ 08863-0538,    UNITED STATES 08863-0538
517225889      +Allied Beverage Group,LLC,    600 Washington Ave,    Carlstadt, NJ 07072-2902
517225890      +Bureau of Account Management,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                 Camp Hill, PA 17001-8875
517304828       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517225894      +Central Jersey Periodontics,    177 Main St,    East Brunswick, NJ 08816-4482
517225895      +Community EMA,    PO Box 417241,    Boston, MA 02241-7442
517225896      +Credit Control,    PO Box 248,    Hazelwood, MO 63042-0248
517225899      +East Brunswick Animal Hospital,    44 Arthur St,    East Brunswick, NJ 08816-3724
517225900     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court:     Ford Motor Credit,    National Bankruptcy Service Center,
                 Po Box 62180,    Colorado Springs, CO 80962)
517251526      +Ford Motor Credit Co. LLC,    Morgan, Bornstein & Morgan,    1236 Brace Rd. Suite K,
                 Cherry Hill, NJ 08034-3229
517225901      +Gastroenterology Consulants PA,    205 May Street,    Ste 201,    Edison, NJ 08837-3267
517225902      +Hendricks & Hendricks,    73 Patterson St,    New Brunswick, NJ 08901-2145
517225908      +KML Law Group, PC,    216 Haddon Ave, Ste 406,    Westmont, NJ 08108-2812
517225911      +LVNV Funding Group,    PO Box 10497,    Greenville, SC 29603-0497
517381830      +NJSVS, BANKRUPTCY UNIT,    POB 136,    Trenton, NJ 08601-0136
517225916      +New Jersey Manufactors Insurance Co,     Personal Auto,    PO Box 428,    Trenton, NJ 08628-0227
517225917      +Northeast Oil LLC,    PO Box 675,    Englishtown, NJ 07726-0675
517225919      +PAM LLC NJ Ez Pass,    PO Box 1642,    Milwaukee, WI 53201-1642
517225920      +Perth Amboy Anesthesia,    530 New Brunswick Ave,    Perth Amboy, NJ 08861-3654
517225923      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517225926      +RBMC Physicans,    PO Box 11665,    Newark, NJ 07101-4665
517225925      +Raritan Bay Medical Center,    PO Box 864,    Mahwah, NJ 07430-0864
517225924      +Raritan Bay Medical Center,    PO Box 650292,    Dallas, TX 75265-0292
517225927      +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
517225928      +Rutgers-RWJMG,    PO Box 829650,    Philadelphia, PA 19182-0001
517225931      +State of NJ - Motor Vehicle System,     Motor Vehicle Surcharge Violation System,    PO Box 1502,
                 Moorestown, NJ 08057-9704
517225932      +Thrift Investment Corp,    720 King George Post Rd,    Fords, NJ 08863-1985
517225933      +University Radiology Group,    PO Box 371863,    Pittsburgh, PA 15250-7863

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 07 2018 00:35:55      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 07 2018 00:35:52      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
lm             +E-mail/Text: jennifer.chacon@spservicing.com Jun 07 2018 00:37:12
                 SELECT PORTFOLIO SERVICING INC.,    Po Box 65250,    Attn Bankruptcy,
                 Salt Lake City, UT 84165-0250
517225892      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 07 2018 00:36:54       CCS,   725 Canton St,
                 Norwood, MA 02062-2679
517225897      +E-mail/PDF: creditonebknotifications@resurgent.com Jun 07 2018 00:30:43       Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
517225903       E-mail/Text: cio.bncmail@irs.gov Jun 07 2018 00:34:52      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
517341404       E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 07 2018 00:36:08      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
517225909      +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 07 2018 00:34:43       Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
517336887       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 07 2018 00:48:28
                 LVNV Funding LLC, C/O Resurgent Capital Services,    P.O. Box 10675,
                 Greenville, SC 29603-0675
517337663       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 07 2018 00:31:43
                 LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517225913      +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 07 2018 00:31:44
                 LVNV Funding/Resurgent Capital,    Po Box 10497,    Greenville, SC 29603-0497
517225915     ++E-mail/Text: kmorgan@morganlaw.com Jun 07 2018 00:36:50      Morgan, Bornstein & Morgan,
                 1236 Brace Road,    Suite K,    Cherry Hill, NJ 08034-3229
517225918      +E-mail/Text: janicemorgan@optimum.net Jun 07 2018 00:37:01      P.D.A.B.,   66 Ford Road,
                 Ste 114,    Denville, NJ 07834-1300
517225921       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 07 2018 00:30:36
                 Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
517270203       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 07 2018 00:30:36
                 Portfolio Recovery Associates, LLC,    C/O capital One Bank (usa), N.a.,    POB 41067,
                 Norfolk VA 23541
517243468       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 07 2018 00:32:36
                 Portfolio Recovery Associates, LLC,    c/o New York & Company,    POB 41067,   Norfolk VA 23541
```

```
District/off: 0312-3          User: admin              Page 2 of 2                   Date Rcvd: Jun 06, 2018
                              Form ID: 186             Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517225929      +E-mail/Text: bankruptcy@savit.com Jun 07 2018 00:37:00      Savit Coll,    Po Box 250,
                 East Brunswick, NJ 08816-0250
517337797       E-mail/Text: jennifer.chacon@spservicing.com Jun 07 2018 00:37:12
                 Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
517225930      +E-mail/Text: jennifer.chacon@spservicing.com Jun 07 2018 00:37:12
                 Select Portofolio Servicing,    Attn: Bankruptcy Dept,    PO Box 65250,
                 Salt Lake City, UT 84165-0250
517227004      +E-mail/PDF: gecsedi@recoverycorp.com Jun 07 2018 00:30:22      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517225934      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 07 2018 00:34:31
                 Verizon,   Attn: Wireless Bankrupty Admin,    500 Technology Dr Ste 500,
                 Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517225891*     +Bureau of Account Management,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                 Camp Hill, PA 17001-8875
517225893*     +CCS,   725 Canton St,   Norwood, MA 02062-2679
517225898*     +Credit One Bank Na,    Po Box 98873,   Las Vegas, NV 89193-8873
517225904*      Internal Revenue Service,    Centralized Insolvency Operation,    PO Box 7346,
                 Philadelphia, PA 19101-7346
517225905*      Internal Revenue Service,    Centralized Insolvency Operation,    PO Box 7346,
                 Philadelphia, PA 19101-7346
517225906*      Internal Revenue Service,    Centralized Insolvency Operation,    PO Box 7346,
                 Philadelphia, PA 19101-7346
517225907*      Internal Revenue Service,    Centralized Insolvency Operation,    PO Box 7346,
                 Philadelphia, PA 19101-7346
517225910*     +Kohls/Capital One,    Kohls Credit,   Po Box 3043,    Milwaukee, WI 53201-3043
517225912*     +LVNV Funding Group,    PO Box 10497,   Greenville, SC 29603-0497
517225914*     +LVNV Funding/Resurgent Capital,    Po Box 10497,   Greenville, SC 29603-0497
517225922*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541)
                                                                               TOTALS: 0, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2018 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
               of the J.P. Morgan Mortgage Acquisition Trust 2006-CH2 Asset Backed Pass-Through Certificates,
               Series 2006-CH2 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Thrift Investment Corporation
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Otto J. Kostbar    on behalf of Joint Debtor Patricia   Vitale ojkostbar@gmail.com
              Otto J. Kostbar    on behalf of Debtor Dean   Vitale ojkostbar@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
               of the J.P. Morgan Mortgage Acquisition Trust 2006-CH2 Asset Backed Pass-Through Certificates,
               Series 2006-CH2 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```