Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                    Case No.: 17−35018−CMG
                    Chapter: 13
                    Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dean Vitale                                               Patricia Vitale
   206 Adirondack Ave                            206 Adirondack Ave
   Spotswood, NJ 08884                          Spotswood, NJ 08884

Social Security No.:
   xxx−xx−0060                                              xxx−xx−1346

Employer's Tax I.D. No.:

---

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

     Please be advised that on October 9, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 42 − 41
Order Granting Application for Extension of Loss Mitigation (Related Doc # 41). Loss Mitigation Period Extended to: 12/1/18. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/9/2018. (dmi)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 9, 2018
JAN: dmi

                                                                                                                               Jeanne Naughton
                                                                                                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Dean Vitale  
Patricia Vitale  
      Debtors

Case No. 17-35018-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Oct 09, 2018  
                        Form ID: orderntc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2018.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
lm         +E-mail/Text: jennifer.chacon@spservicing.com Oct 10 2018 01:12:59  
         SELECT PORTFOLIO SERVICING INC.,   Po Box 65250,   Attn Bankruptcy,  
         Salt Lake City, UT 84165-0250  
                                                                                                                                                        TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2018                                                             Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2018 at the address(es) listed below:  
         Albert  Russo    docs@russotrustee.com  
         Denise E. Carlon    on behalf of Creditor   U.S. Bank N.A., as trustee, on behalf of the holders  
         of the J.P. Morgan Mortgage Acquisition Trust 2006-CH2 Asset Backed Pass-Through Certificates,  
         Series 2006-CH2 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
         John R. Morton, Jr.    on behalf of Creditor   Thrift Investment Corporation  
         ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com  
         Otto J. Kostbar    on behalf of Joint Debtor Patricia  Vitale ojkostbar@gmail.com  
         Otto J. Kostbar    on behalf of Debtor Dean  Vitale ojkostbar@gmail.com  
         Rebecca Ann Solarz    on behalf of Creditor   U.S. Bank N.A., as trustee, on behalf of the holders  
         of the J.P. Morgan Mortgage Acquisition Trust 2006-CH2 Asset Backed Pass-Through Certificates,  
         Series 2006-CH2 rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                                                                                                    TOTAL: 7