UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Otto J. Kostbar, Esq. OK7970
5 Stockton Avenue
Jamesburg, NJ 08831
(732) 521-0335
Attorney for the Debtor

In Re:

Dean Vitale
Patricia Vitale

Case No.: __17-35018-CMG__

Judge: __Christine M. Gravelle__

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____,
   creditor,

   A hearing has been scheduled for _____, at _____.

   ☒ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for __5/1/19__, at __9:00am__.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
A modified plan to cure the arrears is being filed. Debtor payment of $200.00 on 4/22/19 to bring the account current

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 4/24/19               /s/ Dean Vitale
                            Debtor's Signature

Date: 4/24/19               /s/ Patirica Vitale
                            Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

**UNITED STATES POSTAL SERVICE**

## CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

KEEP THIS RECEIPT FOR YOUR RECORDS

Pay to: Albert Russo
Address: PO Box 933, Memphis TN 38101
Year, Month, Day: 2019-04-22
Post Office: 088310
Amount: $200.00
Clerk: 03

Serial Number: 25499840387

---

**UNITED STATES POSTAL SERVICE**

## POSTAL MONEY ORDER

Serial Number: 25499840387
Year, Month, Day: 2019-04-22
Post Office: 088310
U.S. Dollars and Cents: $200.00

Two Hundred Dollars and 00/100 ************

Pay to: Albert Russo
Address: PO Box 933, Memphis TN 38101
Memo: 17-35018
From: Dean & Patricia Vitale
Address: 206 Adirondack Ave, Spotswood NJ 08884
Clerk: 03

© 2008 United States Postal Service. All Rights Reserved.
SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑆00000800⑆  25499840387⑈