Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 17−35018−CMG
                Chapter: 13
                Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dean Vitale                                       Patricia Vitale
   206 Adirondack Ave                     206 Adirondack Ave
   Spotswood, NJ 08884                Spotswood, NJ 08884

Social Security No.:
   xxx−xx−0060                                  xxx−xx−1346

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on June 20, 2019.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 21, 2019
JAN: bwj

                                                                              Jeanne Naughton
                                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Dean Vitale
Patricia Vitale
    Debtors

Case No. 17-35018-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Jun 21, 2019
                   Form ID: 148     Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2019.

```
db/jdb         +Dean Vitale,    Patricia Vitale,    206 Adirondack Ave,    Spotswood, NJ 08884-1306
cr             +Thrift Investment Corporation,    720 King George's Post Road P.O. Box 538,
                 Fords, NJ  08863-0538,    UNITED STATES 08863-0538
517225889      +Allied Beverage Group,LLC,    600 Washington Ave,    Carlstadt, NJ 07072-2902
517225890      +Bureau of Account Management,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                 Camp Hill, PA 17001-8875
517225894      +Central Jersey Periodontics,    177 Main St,    East Brunswick, NJ 08816-4482
517225895      +Community EMA,    PO Box 417442,    Boston, MA 02241-7442
517225896      +Credit Control,    PO Box 248,    Hazelwood, MO 63042-0248
517225899      +East Brunswick Animal Hospital,    44 Arthur St,    East Brunswick, NJ 08816-3724
517251526      +Ford Motor Credit Co. LLC,    Morgan, Bornstein & Morgan,    1236 Brace Rd. Suite K,
                 Cherry Hill, NJ 08034-3229
517225901      +Gastroenterology Consulants PA,    205 May Street,    Ste 201,    Edison, NJ 08837-3267
517225902      +Hendricks & Hendricks,    73 Patterson St,    New Brunswick, NJ 08901-2145
517225908      +KML Law Group, PC,    216 Haddon Ave, Ste 406,    Westmont, NJ 08108-2812
517225911      +LVNV Funding Group,    PO Box 10497,    Greenville, SC 29603-0497
517381830      +NJSVS, BANKRUPTCY UNIT,    POB 136,    Trenton, NJ 08601-0136
517225916      +New Jersey Manufactors Insurance Co,    Personal Auto,    PO Box 428,    Trenton, NJ 08628-0227
517225917      +Northeast Oil LLC,    PO Box 675,    Englishtown, NJ 07726-0675
517225919      +PAM LLC NJ Ez Pass,    PO Box 1642,    Milwaukee, WI 53201-1642
517225920      +Perth Amboy Anesthesia,    530 New Brunswick Ave,    Perth Amboy, NJ 08861-3654
517225923      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517225926      +RBMC Physicans,    PO Box 11665,    Newark, NJ 07101-4665
517225925      +Raritan Bay Medical Center,    PO Box 864,    Mahwah, NJ 07430-0864
517225924      +Raritan Bay Medical Center,    PO Box 650292,    Dallas, TX 75265-0292
517225927      +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
517225928      +Rutgers-RWJMG,    PO Box 829650,    Philadelphia, PA 19182-0001
517225931      +State of NJ - Motor Vehicle System,    Motor Vehicle Surcharge Violation System,    PO Box 1502,
                 Moorestown, NJ 08057-9704
517225932      +Thrift Investment Corp,    720 King George Post Rd,    Fords, NJ 08863-1985
517225933      +University Radiology Group,    PO Box 371863,    Pittsburgh, PA 15250-7863
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 21 2019 23:33:42     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 21 2019 23:33:40     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
lm             +E-mail/Text: jennifer.chacon@spservicing.com Jun 21 2019 23:34:19
                 SELECT PORTFOLIO SERVICING INC.,    Po Box 65250,    Attn Bankruptcy,
                 Salt Lake City, UT 84165-0250
517225892      +EDI: CCS.COM Jun 22 2019 03:18:00      CCS,    725 Canton St,    Norwood, MA 02062-2679
517304828       EDI: BL-BECKET.COM Jun 22 2019 03:18:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
517225897      +EDI: RCSFNBMARIN.COM Jun 22 2019 03:18:00      Credit One Bank Na,    Po Box 98873,
                 Las Vegas, NV 89193-8873
517225900       EDI: FORD.COM Jun 22 2019 03:18:00      Ford Motor Credit,    National Bankruptcy Service Center,
                 Po Box 62180,    Colorado Springs, CO 80962
517225903       EDI: IRS.COM Jun 22 2019 03:18:00      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
517341404       EDI: JEFFERSONCAP.COM Jun 22 2019 03:18:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
517225909      +E-mail/Text: bncnotices@becket-lee.com Jun 21 2019 23:33:10     Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
517336887       EDI: RESURGENT.COM Jun 22 2019 03:18:00      LVNV Funding LLC, C/O Resurgent Capital Services,
                 P.O. Box 10675,    Greenville, SC 29603-0675
517337663       EDI: RESURGENT.COM Jun 22 2019 03:18:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517225913      +EDI: RESURGENT.COM Jun 22 2019 03:18:00      LVNV Funding/Resurgent Capital,    Po Box 10497,
                 Greenville, SC 29603-0497
517225915      +E-mail/Text: kmorgan@morganlaw.com Jun 21 2019 23:34:05     Morgan, Bornstein & Morgan,
                 1236 Brace Road,    Suite K,    Cherry Hill, NJ 08034-3229
517225918      +E-mail/Text: janicemorgan@optimum.net Jun 21 2019 23:34:15     P.D.A.B.,    66 Ford Road,
                 Ste 114,    Denville, NJ 07834-1300
517225921       EDI: PRA.COM Jun 22 2019 03:18:00      Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
517270203       EDI: PRA.COM Jun 22 2019 03:18:00      Portfolio Recovery Associates, LLC,
                 C/O capital One Bank (usa), N.a.,    POB 41067,    Norfolk VA 23541
517243468       EDI: PRA.COM Jun 22 2019 03:18:00      Portfolio Recovery Associates, LLC,
                 c/o New York & Company,    POB 41067,    Norfolk VA 23541
517225929      +E-mail/Text: bankruptcy@savit.com Jun 21 2019 23:34:14     Savit Coll,    Po Box 250,
                 East Brunswick, NJ 08816-0250
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jun 21, 2019
                              Form ID: 148             Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517337797          E-mail/Text: jennifer.chacon@spservicing.com Jun 21 2019 23:34:19
                     Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
517225930         +E-mail/Text: jennifer.chacon@spservicing.com Jun 21 2019 23:34:19
                     Select Portofolio Servicing,    Attn: Bankruptcy Dept,    PO Box 65250,
                     Salt Lake City, UT 84165-0250
517227004         +EDI: RMSC.COM Jun 22 2019 03:18:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                     PO Box 41021,    Norfolk, VA 23541-1021
517225934         +EDI: VERIZONCOMB.COM Jun 22 2019 03:18:00      Verizon,    Attn: Wireless Bankrupty Admin,
                     500 Technology Dr Ste 500,    Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517225891*        +Bureau of Account Management,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                     Camp Hill, PA 17001-8875
517225893*        +CCS,   725 Canton St,    Norwood, MA 02062-2679
517225898*        +Credit One Bank Na,    Po Box 98873,    Las Vegas, NV 89193-8873
517225904*         Internal Revenue Service,    Centralized Insolvency Operation,    PO Box 7346,
                     Philadelphia, PA 19101-7346
517225905*         Internal Revenue Service,    Centralized Insolvency Operation,    PO Box 7346,
                     Philadelphia, PA 19101-7346
517225906*         Internal Revenue Service,    Centralized Insolvency Operation,    PO Box 7346,
                     Philadelphia, PA 19101-7346
517225907*         Internal Revenue Service,    Centralized Insolvency Operation,    PO Box 7346,
                     Philadelphia, PA 19101-7346
517225910*        +Kohls/Capital One,    Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
517225912*        +LVNV Funding Group,    PO Box 10497,    Greenville, SC 29603-0497
517225914*        +LVNV Funding/Resurgent Capital,    Po Box 10497,    Greenville, SC 29603-0497
517225922*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                    (address filed with court: Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541)
                                                                                              TOTALS: 0, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2019 at the address(es) listed below:
```
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
               of the J.P. Morgan Mortgage Acquisition Trust 2006-CH2 Asset Backed Pass-Through Certificates,
               Series 2006-CH2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Thrift Investment Corporation
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the
               holders of the J.P. Morgan Mortgage Acquisition Trust 2006-CH2 Asset Backed Pass-Through
               Certificates, Series 2006-CH2 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Otto J. Kostbar    on behalf of Joint Debtor Patricia    Vitale ojkostbar@gmail.com
              Otto J. Kostbar    on behalf of Debtor Dean    Vitale ojkostbar@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
               of the J.P. Morgan Mortgage Acquisition Trust 2006-CH2 Asset Backed Pass-Through Certificates,
               Series 2006-CH2 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 9
```